**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Michael WALLER, Petitioner.**

Supreme Court of Pennsylvania.

June 23, 2009.

***ORDER***

PER CURIAM.

**AND NOW,** this 23rd day of June, 2009, the Petition for Allowance of Appeal is **DENIED.**

Justice GREENSPAN did not participate in the consideration or decision of this matter.

◼

**COMMONWEALTH of Pennsylvania,**
**Petitioner**

v.

**Thomas BROWN, Respondent.**

Supreme Court of Pennsylvania.

June 23, 2009.

***ORDER***

PER CURIAM.

**AND NOW,** this 23rd day of June, 2009, the Petition for Allowance of Appeal is hereby **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, rephrased for clarity, is:

Whether the Superior Court erred in determining police lacked reasonable suspicion to stop respondent's vehicle based upon the information provided by the known, but history-less, confidential informant.

◼

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Phyrak VANN, Petitioner.**

Supreme Court of Pennsylvania.

June 23, 2009.

***ORDER***

PER CURIAM.

**AND NOW,** this 23rd day of June, 2009, the Petition for Allowance of Appeal and Motion to Strike Response are **DENIED.**